# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARGARET LALUMANDIER

VERSUS

PINNACLE EXTERIORS ROOFING,
LLC

NO.   2021 CW 1541

**FEBRUARY 25, 2022**

---

In Re:    Pinnacle   Exteriors   Roofing,   LLC,   applying   for
supervisory writs, Baton Rouge City Court, Parish of
East Baton Rouge, No. 21-01138.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(C)(10). Relator, Pinnacle Exteriors Roofing, LLC, failed to
include a copy of the pertinent court minutes. In addition, an
evidentiary hearing was held on August 25, 2021, and
accordingly, this court requires a copy of the transcript of
that hearing and all evidence introduced therein. This court
further requires documentation of the date of notice of the
order which denied the motion for reconsideration filed by
Pinnacle Exteriors Roofing, LLC.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application
must be filed on or before March 28, 2022, and must contain a
copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT